

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00374-CV

| | | |
|---|---|---|
| JOSEPH LAMBERT AND SUSAN LAMBERT, Appellants | § | On Appeal from the 415th District Court |
| | § | of Parker County (CV16-0048) |
| V. | | |
| | § | November 7, 2019 |
| STATE FARM LLOYDS AND TEVIN SENNE, Appellees | § | Opinion by Justice Kerr |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the portion of the trial court's summary judgment for Appellees State Farm Lloyds and Tevin Senne on all of the Appellants Joseph Lambert's and Susan Lambert's claims except their Texas Prompt Payment of Claims Act (TPPCA) claim. We reverse the portion of the trial court's summary judgment for State Farm on the Lamberts' TPPCA claim and

remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr